```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF OHIO
             EASTERN DIVISION
```

United States of America

    v.                                                    2:19-cr-36-6

Dasean A. Whitehead

<u>ORDER</u>

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 188) that the defendant's guilty pleas be accepted. The court accepts the defendant's pleas of guilty to Counts 12 and 13 of the indictment, and he is hereby adjudged guilty on those counts. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: December 20, 2019          s\James L. Graham
                                              James L. Graham
                                              United States District Judge